**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

| |
|---|
| Judgment on rehearing rendered and mailed to all parties or counsel of record on December 30, 2024 |

**REHEARING ACTION: December 30, 2024**

**Docket Number: 24   00042-CA**

**ALFRED RAY HATCH**
**VERSUS**
**JERRY MICHAEL WATKINS AND**
**THE LAMAR COMPANIES**

**Appealed from Lafayette Parish Case No. C-2019-7972**

<u>**BEFORE JUDGES**</u>**:**

    **Hon. Shannon J. Gremillion**
    **Hon. D. Kent Savoie**
    **Hon. Van H. Kyzar**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Jerry Michael Watkins <u>AND</u>** the application for rehearing filed by

**The Lamar Companies** have this day been

    **DENIED.**
    Gremillion, J., would grant the rehearings.

cc: Ralph Edward Kraft, Counsel for the Appellant
    Robert Anthony Robertson, Counsel for the Appellee
    Emile Joseph, Jr., Counsel for the Appellee
    Daniel J. Gauthier, Counsel for the Appellee
    James Paul Doherty, III, Counsel for the Appellee
    Jeremy A. Hebert, Counsel for the Appellee
    Michael Dean Hebert, Counsel for the Appellee